**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

GENRRY ALBERTO                                    )
CONTRERAS RANGEL,                                 )
                                                  )
    Petitioner,                                   )
                                                  )
v.                                                )         Case No. CIV-26-1565-SLP
                                                  )
FACILITY ADMNISTRATOR,                            )
DIAMONDBACK                                       )
CORRECTIONAL FACILITY,                            )
                                                  )
    Respondent.                                   )

### **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 9] (R&R) of United States Magistrate Judge Suzanne Mitchell entered July 2, 2026.  Judge Mitchell advised Petitioner of his right to object to the R&R and directed any objections be filed on or before July 23, 2026.  Judge Mitchell further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R.

Petitioner has neither filed an objection nor sought an extension of time in which to do so.  Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is ADOPTED in its entirety and Petitioner's Emergency Motion for Temporary Restraining Order to Preserve the Automatic Stay of Removal and Prevent Transfer is DENIED.

IT IS SO ORDERED this 27th day of July, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**